# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DASHAWN CROSBY, an individual, <br><br>　　　　　Plaintiff, <br>　　vs. <br><br>KING HENRY VIII, INC., a California Corporation; ESTATE OF RENATA HEINDL, an estate; ERWIN HEINDL an individual; SAMANTHA SANSON, an individual; DOE MANAGERS 1-3; and DOES 4-100, inclusive, <br>　　　　　Defendants. | Case No.: 2:19-cv-10921-CBM-MRW <br><br> **JUDGMENT** |

On April 21, 2020, defendants King Henry VIII, INc., Estate of Renata Heindl, Erwin Heindl and Samantha Sanson (collectively, "Defendants") served plaintiff Dashawn Crosby ("Plaintiff") with an Offer of Judgment in this action in the total amount of THIRTY THOUSAND U.S. DOLLARS ($30,000.00), inclusive of costs and attorneys' fees, pursuant to Fed. R. Civ. P. 68. On May 4, 2020, Plaintiff accepted the Offer. Dkt. 51.

In accordance with the Offer of Judgment and Notice of Acceptance [Dkt. 51] filed on May 4, 2020, Plaintiff shall have and recover from Defendants, jointly and severally, the total sum of THIRTY THOUSAND U.S. DOLLARS ($30,000.00), inclusive of costs and attorneys' fees.

Accordingly, it is **ORDERED AND ADJUDGED** that a Final Judgment is entered for Plaintiff and against Defendants for the total sum of THIRTY THOUSAND U.S. DOLLARS ($30,000.00), inclusive of costs and attorneys' fees, and pursuant to Fed. R. Civ. P. 68, with interest at the legal rate of ten percent (10%) per annum from the date of the entry of this Judgment. Each party shall bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: JUNE 2, 2020

HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

CC:FISCAL